**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| EVOLUTIONARY INTELLIGENCE, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TWITTER, INC.,<br><br>　　　　Defendant. | Case No. 6:12-cv-00792 (LED)<br><br>JURY TRIAL DEMANDED |

### DECLARATION OF JEFFREY CONNOR IN SUPPORT OF DEFENDANT TWITTER, INC.'S MOTION TO TRANSFER

I, Jeffrey M. Connor, hereby declare:

1. I am an attorney with the law firm of Kilpatrick, Townsend & Stockton LLP, and one of the attorneys for Defendant Twitter, Inc. ("Twitter").

2. I submit this declaration in support of Twitter's Motion to Transfer.

3. Exhibit A is a true and accurate copy of a Patent Assignment document obtained from the U.S. Patent and Trademark Office with respect to the Asserted Patents.

4. Exhibit B and C are true and accurate copies of the assignment records obtained from the U.S. Patent and Trademark Office for each of the Asserted Patents.

5. Exhibit D is a true and accurate copy Michael De Angelo's Linked-In profile.

6. Exhibit E is a true and accurate copy of a printout from Google Maps indicating that distance between San Francisco, California and Tyler, Texas is greater than 1,800 miles.

7. Exhibit F is a true and accurate copy of Table C-5 titled "U.S. District Courts – Median Time Intervals From Filing to Disposition of Civil Cases Terminated, by District and

1

Method of Disposition, During the 12-Month Period Ending September 30, 2011" from the 2011 Judicial Business Annual Report obtained from the U.S. Courts' website: http://www.uscourts.gov/Statistics.aspx.

8. Exhibit G is a true and accurate copy of printouts from the website for James Okamoto obtained from http://www.obllp.com/index.html.

9. Exhibit H is a true and accurate copy of the biography of Tamara Fraizer obtained from http://www.fr.com/tamara-fraizer/.

10. Exhibit I is a true and accurate copy of a printout of the website for Dorian Cartwright obtained from http://www.cartwrightesq.com/.

11. Exhibit J is a true and accurate copy of the biography of Sanjeet Dutta obtained from http://www.kslaw.com/people/Sanjeet-Dutta.

12. Exhibit K is a true and accurate copy of the biography of Mark Shean obtained from http://www.orrick.com/lawyers/Bio.asp?ID=140129.

13. Exhibit L is a true and accurate copy of the biography of Carl Kukkonen, III obtained from http://www.mintz.com/professionals/detail/name/carl-a-kukkonen-iii.

14. Exhibit M is a true and accurate copy of the biography of William Hunter obtained from http://www.fr.com/william-e-hunter.

15. Exhibit N is a true and accurate copy of the biography of Greg Sueoka obtained from http://www.patentlawworks.net/people/sueoka.html.

16. Exhibit O is a true and accurate printout of the website https://forsquare.com/jobs/.

17. Exhibit P is a true and accurate printout of the website http://jobs.groupon.com/go/groupon-engineering-jobs/344139/.

18.     Exhibit Q is a true and accurate screen print of the website http://corporate.livingsocial.com/browsealljobs.

19.     Exhibit R is a true and accurate printout of the website http://ch.tbe.taleo.net/CH05/ats/careers/searchResults.jsp?org=MILLENNIALMEDIA&cws=1.

20.     Exhibit S is a true and accurate printout of the website http://www.sprint.jobs/job/San-Francisco-Market-Construction-Manager-SF-Job-CA-94101/2308642/?utm_source=j2wmap&refurl=http%3A%2F%2Fwww.sprint.jobs#tracked.

21.     Exhibit T is a true and accurate copy of the September 26, 2012 Order (Dkt. No. 36) in the case *Klausner Technologies, Inc., v. Interactive Intelligence Group, Inc.*, No. 6:11-CV-00578-LED (E.D. Tex. Sept. 26, 2012) (J. Davis).

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Executed this 20th day of December, 2012, at Denver, Colorado.

/s/Jeffrey M. Connor
Jeffrey M. Connor

64751180V.1