# EXHIBIT E


# Mass Relevance Products

Our products help your brand become an integrated part of your customers' lives, anywhere they are.

- Create and amplify buzz about your brand or products.
- Grab your audience's attention and keep your brand top of mind.
- Boost brand loyalty and get your audience involved by including interactive elements that encourage engagement.



### MASS **STREAMS**

Engage your audience through the curation and display of relevant social conversations.



### MASS **GALLERY**

Create an interactive image wall with pictures and avatars from relevant social media platforms.



### MASS **POLLS**

Involve your audience by asking them their opinion and reveal real-time results of social voting.

SEE VIDEO



### MASS **EXPRESSIONS**

Build buzz by prompting your customers to share their opinions socially.

SEE VIDEO 



### MASS **RATINGS**

Encourage social sharing about your products and services by displaying ratings and related content.



### MASS **TRENDS**

Display rankings about your brand or topic to engage your audience in the conversation.

SEE VIDEO



### MASS **LEADERBOARDS**

Rank and promote the most active participants or topics in your audience community.

SEE VIDEO



### MASS **MAPS**

Highlight geographic locations where brand-relevant social conversations are happening and growing.

SEE VIDEO 



### MASS **ANSWERS**

Interact with your audience by directly connecting through social question-and-answer streams.



### MASS **COUNTERS**

Keep your audience's attention by revealing the volume of brand-relevant social activity.



## Solutions

Create an all-in-one experience by integrating a variety of Mass Relevance products.









Flock-To-Unlock

Fuel engagement by incentivizing audiences with exclusive benefits accessible through social participation.

Mosaic

Create custom panoramas featuring relevant social conversations, mixed media and editorial content.

SEE VIDEO

Social Photo™

Real-time photo sharing brings brand experiences to life through consumers' camera lenses.

Companion

Combine brand-relevant activity in one hub that displays real-time social content.