IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| EVOLUTIONARY INTELLIGENCE, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>TWITTER, INC.,<br><br>        Defendant. | Case No. 6:12-cv-00792-MHS-CMC<br><br>JURY |

**DECLARATION OF SETH SAFIER IN SUPPORT OF EVOLUTIONARY INTELLIGENCE'S OPPOSITION TO TWITTER'S MOTION TO CHANGE VENUE**

I, Seth Safier, declare as follows:

1. I am a partner at the law firm of Gutride Safier LLP, counsel for Evolutionary Intelligence in this litigation. I make this declaration in support of Evolutionary Intelligence's opposition to Twitter's motion to transfer venue. The statements made herein are based on my personal knowledge, and I could testify competently to the facts stated herein.

2. Attached as Exhibit A is a document containing tables identifying the names of various witnesses, as well as their titles, locations, and subjects of testimony.

3. Attached as Exhibit B are true and correct copies of various documents retrieved and printed from the internet, relating to the location and role of various employees of Crimson Hexagon, Inc.

4. Attached as Exhibit C are true and correct copies of various documents retrieved and printed from the internet, relating to the location and role of various employees of Dataminr, Inc.

1

5. Attached as Exhibit D are true and correct copies of various documents retrieved and printed from the internet, relating to the location and role of various employees of Mass Relevance, Inc.

6. Attached as Exhibit E is a true and correct copy of a document retrieved and printed from http://www.crimsonhexagon.com.

7. Attached as Exhibit F is a true and correct copy of a document retrieved and printed from http://www.massrelevance.com.

I state the foregoing under the penalty of perjury under the laws of the United States.

April 26, 2013                              Respectfully submitted,


                                          _/s/ Seth Safier_____
Seth A. Safier
Partner, Gutride Safier LLP
835 Douglass St., San Francisco, CA